IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
_____
Plaintiff(s)

v.

Nestor Arce-Forestier, et al.
_____
Defendant(s)

Civil No. 98-1978(SEC)

RECEIVED & FILED
02 FEB 13 PM 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

---

### DESCRIPTION OF MOTION

DATE FILED: 2-8-02   DOCKET #: 8   TITLE: Petition for an Order Requiring the Garnishee to Answer the Writ

[✓] Plaintiff(s)      [ ] Third Party Defendant(s)
[ ] Defendant(s)      [ ] Joint

DISPOSITION:

[✓] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

### COMMENTS

Pursuant to 28 U.S.C. § 3205(c)(4)(7), Garnishee, Clinica Centro Vision, shall answer the Writ within ten (10) days.

/4-II-02
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: Clinica Centro Vision
2/13/02