IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
_____
Plaintiff(s)

v.                                          Civil No. 98-1978 (SEC)

Nestor Arce-Forestier
_____
Defendant(s)

RECEIVED & FILED
02 MAY -9 AM 10:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 5-2-02   DOCKET #: 10   TITLE: Request for Order to Show Cause

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

| COMMENTS |
|---|

Garnishee, Clinica Centro Vision, shall answer the Court's February 14, 2002 Order by May 21, 2002 or face contempt sanctions.

7-_-02
_____
DATE

/s/ Salvador E. Casellas
_____
SALVADOR E. CASELLAS
United States District Judge


