IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiff | * |
| | *  Civil No. 98-1878(SEC) |
| v. | * |
| | * |
| NESTOR ARCE-FORESTIER | * |
| | * |
| Defendant | * |

************************************

## ORDER TO SHOW CAUSE

This matter is before the Court on the United States' application for a writ of garnishment of Defendant's wages. The Court has twice ordered the Garnishee Clinica Centro Vision to answer the United States' petition for a writ of continuing garnishment. However, Garnishee has failed to appear in this matter.

Section 2405 of title 28, United States Code, states in relevant part that "any garnishee who fails to appear at the term to which he is summoned shall be subject to attachment for contempt." Here, Garnishee Clinica Centro Vision has failed to appear, and is now subject to an order of attachment for contempt.

The Court hereby Orders Garnishee Clinica Centro Vision to answer the United States' petition for a writ of continued garnishment by August 20, 2002. A failure to do so will lead to a finding of contempt and an order of attachment.

**SO ORDERED.**

In San Juan, Puerto Rico, this _9_ day of August, 2002.

SALVADOR E. CASELLAS
United States District Judge

c: Clinica Centro Vision 8/12/02