IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
_____
        Plaintiff(s)

                v.                           Civil No. 98-1978 (SEC)

Nestor Arce- Forestier
_____
        Defendant(s)

| **DESCRIPTION OF MOTION** |
|---|

DATE FILED: 8-30-02   DOCKET #: 15   TITLE: Answer of Garnishee

[ ] Plaintiff(s)     [ ] Third Party Defendant(s)

[ ] Defendant(s)     [ ] Joint     [✓] Other

DISPOSITION:

[ ] GRANTED                      [ ] DENIED

[✓] NOTED                        [ ] MOOT

| **COMMENTS** |
|---|

The Garnishee has answered the United States' petition. The Government shall file a form of order for continued garnishment.

9 SEP 02
_____                    _____
    DATE                           SALVADOR E. CASELLAS
                                   United States District Judge